# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:13CR00294 JLH | |
| TAVIS RUMPH | | DEFENDANT |

## ORDER

Tavis Rumph has self-reported to the Bureau of Prisons, so the motion to revoke his pretrial release is DENIED AS MOOT.  Document #29.

IT IS SO ORDERED this 6th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE